# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142182

TIMOTHY KING, Successor Personal
Representative of the Estate of ANDREW
BAKER,
      Plaintiff-Appellant,

v

MCPHERSON HOSPITAL, a/k/a TRINITY
HEALTH-MICHIGAN, MICHAEL
BRIGGS, D.O., MERLE HUNTER, M.D.,
and EMERGENCY PHYSICIANS
MEDICAL GROUP, P.C.,
      Defendants-Appellees.
_____/

SC: 142182
COA: 284436
Livingston CC: 04-020535-NH

On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

_____
Clerk

d0323